UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SPECIALTYCARE INC., a Delaware corporation, REMOTE NEUROMONITORING PHYSICIANS, PC, a Pennsylvania corporation and SENTIENT PHYSICIANS, PC, an Illinois corporation,

Plaintiffs,

Case No. 3:24-cv-01122-BJD-LLL

vs.

BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC., a Florida corporation,

Defendant.

---

**JOINT NOTICE OF RESOLUTION**

Plaintiffs, SpecialtyCare Inc., Remote Neuromonitoring Physicians, PC, and Sentient Physicians, PC, and Defendant, Blue Cross and Blue Shield of Florida, Inc. (the "Parties"), by and through their undersigned counsel and pursuant to Local Rule 3.09(a), hereby give notice that the Parties have resolved this action subject to completion of the Parties' respective obligations under their agreement.

The Parties request that the case remain open for thirty (30) days. The Parties will promptly advise the Court upon such completion and the case can be dismissed with prejudice at that time.

Respectfully submitted this 13th day of February, 2025.

*/s/ James V. Etscorn*
James V. Etscorn
Florida Bar No. 705111
jetscorn@bakerlaw.com
Andrew T. Hughes
Florida Bar No. 1031858
ahughes@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 South Orange Avenue, Suite 2300
Orlando, FL 32801
Telephone: (407) 649-4000
Facsimile: (407) 841-0168
*Attorneys for Plaintiffs*

*/s/ Ardith Bronson*
Ardith Bronson (FBN: 423025)
ardith.bronson@us.dlapiper.com
Jose M. Espinosa (FBN: 1030890)
jose.espinosa@us.dlapiper.com
**DLA PIPER LLP (US)**
200 S. Biscayne Blvd., Suite 2500
Miami, FL 33131
Telephone: (305) 423-8562
Facsimile: (305) 503-9583
*Attorneys for Defendant Blue Cross and Blue Shield of Florida, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ James V. Etscorn*
James V. Etscorn, Esquire